ROSE GREENBERGER v. MORRIS CONNOR and Others.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HARRY G. COWEN and Others v. LILLIAN OGINZ.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALBERT V. QUINN v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Supplementary Proceedings: ABRAHAM PERPER and Another v. DOMINION DRESS Co., INC., and MORRIS ISRAEL.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAMUEL D. JACOBSON v. OHMER FARE REGISTER COMPANY.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SOLOMON WOLF v. OHMER FARE REGISTER COMPANY.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ABISHAI H. ORAHAM v. MODERN CARPET CLEANING AND STORAGE CORPORATION.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LOUIS J. EHRET HOLDING CORPORATION v. 489 PARK AVENUE, INC., and Another.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

IRVING GREENBERG v. THE ANGLO-SOUTH AMERICAN TRUST COMPANY.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDWARD KOSSACK v. PHILIP GAREY and TWENTIETH CENTURY RADIO CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HERMAN KLAUBER v. MATTHEW P. COUGHLIN and Another, Impleaded, etc.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARY DUNNING ROSE v. MALCOLM C. ROSE, Impleaded, etc.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ARTHUR SLOMAN and Another v. WILLIAM H. BENNET, Defendant, and EDWARD HUTH and Others.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

S. LEIGHTON FROOKS v. 240 WEST 73RD STREET, INC.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

WILLIAM J. HICKEY v. THOMAS J. WATERS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before September 7, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.